**FILED**
WILLIAMSPORT

APR 0 4 2002

PER _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER FURNARI,      :
      Petitioner,      :
                               **CIVIL ACTION NO.**
v.      :
                              4:CV-02-555
UNITED STATES PAROLE COMMISSION,:
   et al.,
      Respondents.      :

PETITIONER'S MOTION FOR LEAVE TO FILE MEMORANDUM EXCEEDING
15 PAGES IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

    The petitioner, Christopher Furnari, by undersigned counsel, moves pursuant to LCR 7.8(b)(3), for leave to file a memorandum of law in support of his petition for a writ of habeas corpus exceeding 15 pages in length (and exceeding 5000 words). In support of this motion, petitioner states:

    1. Petitioner is a federal prisoner serving a 100-year sentence imposed in 1987. He has been incarcerated over 15 years.

    2. He is today filing a petition for a writ of habeas under 28 U.S.C. § 2241 challenging the United States Parole Commission's decision denying him parole release for another 15 years. The challenged decision resulted from proceedings

ordered by this Court in <u>Furnari v. Warden, FCI-Allenwood, et al.</u>, No. 4:CV-98-0222 (M.D.Pa.) (Muir, J.). The petition claims that the new parole denial violates the law of the case, the mandate of the Court of Appeals (see <u>Furnari v. Warden</u>, 218 F.3d 250 (3d Cir. 2000)) as enforced by this Court, and pertinent provisions of the Constitution and laws of the United States.

3. Undersigned counsel has prepared a thorough memorandum of law detailing the factual and procedural history of the case, and discussing the legal basis of each of petitioner's four claims, with citations and discussion of authority. Due to protracted history of the case, the seriousness of the matter, and the number of claims, the final draft of the memorandum is 30 pages in length, containing about 8000 words. If leave to file is granted, the memorandum will have a table of contents and of authorities.

4. The memorandum has been repeatedly and carefully edited, and while is its detailed and thorough, counsel does not believe it is prolix, redundant or verbose.

WHEREFORE, petitioner prays that this Court grant leave for filing a memorandum of law in support of his petition of 30 pages, not to exceed 8100 words.

Dated: April 3, 2002

Respectfully submitted,

PETER GOLDBERGER
JAMES H. FELDMAN, JR.
50 Rittenhouse Place
Ardmore, PA 19003
(610) 649-8200

<u>Attorneys for the Petitioner</u>

-2-