IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FURNARI,          :

    Petitioner            :  No. 4:02-CV-555

    v.                    :  Petition Filed 4/4/02

UNITED STATES PAROLE COMMISSION, :  (Judge Muir)
ET AL.,                       :

    Respondents           :

FILED
WILLIAMSPORT
APR 17 2002

ORDER
April 17, 2002

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

On April 4, 2002, Christopher Furnari, filed a petition for writ of habeas corpus. Furnari paid the $5.00 filing fee. Along with the petition Furnari, who is represented by counsel, filed a motion for leave to file a memorandum in support of his petition exceeding 15 pages in length. Furnari requests permission to file a 30-page memorandum which does not exceed 8100 words.

In his petition Furnari challenges a decision of the United States Parole Commission denying him parole. The challenged decision resulted from proceedings ordered by the undersigned in Furnari vs. Warden, FCI-Allenwood, et al., 4:CV-98-0222 (M.D.Pa. Petition filed Feb. 11, 1998). In that prior case we dismissed Furnari's petition. However, the Court of Appeals reversed and remanded the case. On remand we directed the Parole Commission by order of September 28, 2000, to provide Furnari with a statement of reasons for the parole denial

consistent with the Court of Appeals' decision or a de novo hearing within 90 days of the date of the order. Because of the somewhat complicated procedural and factual history and the legal issued involved, the filing of a brief in excess of 15 pages is justified in this case. We will grant Furnari's motion.

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. Furnari's motion for leave to file a memorandum exceeding fifteen pages (Doc. 2) is granted in accordance with paragraph 2 of this order.

2. Furnari may file a brief in support of his petition which does not exceed 30 pages in length or 8100 words.

3. The government is authorized to file a brief in opposition of the same length within 20 days of the filing of Furnari's brief in support.

_____
MUIR, U.S. District Judge

MM:gs