**FILED**
WILLIAMSPORT, PA

APR 24 2002

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FURNARI,          :

      Petitioner,              :     **CIVIL ACTION NO.
                                     NO. 4:02-CV-555**
v.                             :
                                     (Judge Muir)
UNITED STATES PAROLE COMMISSION :
and WARDEN, Federal Correctional
Institution - Allenwood, Pa.,   :

      Respondent.              :

PETITIONER'S MOTION FOR LEAVE TO FILE COPY
OF PRE-SENTENCE INVESTIGATION REPORT UNDER SEAL
WITH CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

    The petitioner, Christopher Furnari, moves for leave to file a copy of his Pre-Sentence Investigation Report as an exhibit in support of his pending petition under 28 U.S.C. § 2241 for a Writ of Habeas Corpus. In support of this motion, he states:

    1. Mr. Furnari's habeas corpus petition challenges the decision of respondent United States Parole Commission to deny him release on parole from a federal sentence imposed in 1987, and not to reconsider parole until December 2011.

2. By Order dated April 17, 2002, this Court authorized Mr. Furnari to file a memorandum in support of his habeas corpus petition, not to exceed 30 pages in length.

3. The petitioner's memorandum has been prepared and is being tendered for filing to the Clerk contemporaneously with this motion. Accompanying that Memorandum, and in support thereof, the petitioner is tendering a Submission of Exhibits, identified as Exhibits A through L, for the convenience of the Court and the respondents.

4. Petitioner's memorandum also makes reference to his Pre-Sentence Investigation Report ("PSI"), as prepared by the United States Probation Office for the Southern District of New York in December 1986, along with a letter from the prosecutor, dated January 2, 1996, correcting a misstatement in the PSI, which the sentencing court directed be attached to the PSI.

5. The PSI is not a public document, and copies should not be filed of record. See United States v. Cianscewski, 894 F.2d 74, 79 n.17 (3d Cir. 1990); United States v. Blanco, 884 F.2d 1577, 1577-78 (3d Cir. 1989).

6. Certificate. On April 23, 2002, undersigned counsel telephoned the office of Kate Mershimer, Assistant U.S. Attorney, to obtain the government's concurrence in this motion. Although counsel explained to the receptionist that he only needed Ms. Mershimer's attention for 30 seconds to obtain her concurrence or non-concurrence in what counsel believed to be a non-controversial motion, counsel was told that he would have to leave a message on Ms. Mershimer's voice-mail. Undersigned

counsel did so, and has not received a return call as of the time of final preparation of this motion, approximately one hour later.

WHEREFORE, petitioner prays that this Court direct the Clerk to file the accompanying copy of Mr. Furnari's Pre-Sentence Investigation Report under seal.

Dated: April 23, 2002

Respectfully submitted,
THE PETITIONER

By: PETER GOLDBERGER
JAMES H. FELDMAN, JR.
50 Rittenhouse Place
Ardmore, PA  19003
(610) 649-8200

Attorneys for the Petitioner

CERTIFICATE OF SERVICE

On April 23, 2002, I served a copy of the foregoing Memorandum of Law on the attorney for the respondents, by overnight delivery, postage prepaid, addressed to:

Kate Mershimer, Esq.
Assistant U.S. Attorney
Federal Building, suite 1162
228 Walnut Street
Harrisburg, PA  17108-1754

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER FURNARI, | : | |
| Petitioner, | : | **CIVIL ACTION NO.**<br>**NO. 4:02-CV-555** |
| v. | : | |
| | | (Judge Muir) |
| UNITED STATES PAROLE COMMISSION<br>and WARDEN, Federal Correctional<br>Institution - Allenwood, Pa., | :<br><br>: | |
| Respondent. | : | |

O R D E R

_____, 2002

AND NOW, upon consideration of the petitioner's Motion for Leave to File Copy of Pre-Sentence Investigation Report Under Seal, and the Court's being fully informed, IT IS HEREBY ORDERED THAT:

1. The petitioner's Motion is GRANTED.

2. The Clerk will FILE the accompanying document UNDER SEAL.

MUIR, U.S. District Judge