ORIGINAL

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FURNARI, :
    Petitioner :
 :
v. : Civil No. 4:CV-02-0555
 : (Muir, J.)
UNITED STATES PAROLE COMMISSION :
and WARDEN, Federal Correctional :
Institution - Allenwood, PA., :
    Respondents :

FILED
HARRISBURG, PA

MAY 21 2002

MARY E. D'ANDREA, CLE
Per _____

RESPONDENT'S BRIEF IN SUPPORT OF
THEIR MOTION FOR LEAVE TO FILE
<u>A BRIEF IN EXCESS OF FIFTEEN PAGES/5,000 WORDS</u>

    Respondents have requested the Court to permit them to exceed the fifteen-page limit as provided in M.D. Pa. Local Rule 7.8(b) in filing their response to the Court's show cause Order issued on April 15, 2002. The reasons for this motion are as follows:

    1. Petitioner, through counsel, filed a petition for writ of habeas corpus pursuant to 28 U.S.C. §2241, on April 4, 2002. This is petitioner's second habeas action concerning his parole decision.

    2. The petition presents a challenge to the United States Parole Commission's decision to deny him release on parole on April 24, 2001. Specifically, Furnari claims that:

        (i) the National Appeals Board's reasons for his parole decision violate the law of the case (related to the prior habeas case and Third Circuit decision), the Parole Commission statute, <u>and</u> due process;

        (ii) the Parole Commission's reliance on its policy regarding contract murders and murders in furtherance of

a criminal enterprise violates the ex post facto clause of the Constitution;

(iii) the Parole Commission relied on information which lacks sufficient indicia of reliability, in violation of a provision in its Rules and Procedures Manual (paragraph 2.20-04) regarding determining the credibility of non-conviction information; and

(iv) the Parole Commission violated its statute, regulations, and due process when it construed the phrase "offense behavior" in its regulations to include conduct for which petitioner had not been convicted.

3. It is respondents' belief that none of petitioner's rights were violated and that the undisputed facts establish that the petition should be denied.

4. The government notes that petitioner's counsel has concurred in respondents filing a brief up to 30 pages in length but he has not agreed to a brief exceeding 30 pages. The government's intent in seeking the additional page length is not an attempt to clutter the record but, rather, is sought in good faith so as to fully address the numerous issues in a case that presumably will go back to the Third Circuit for review.

5. Because of the numerous and various legal claims and defenses, the need to address all of the underlying facts relevant to each of the claims, and the prior procedural history of the case, it is not possible for the government to address each of petitioner's allegations and respondents' defenses to them in a fifteen-page brief. Indeed, the factual background of this case alone already spans at least twelve pages.

Case 4:02-cv-00555-MM    Document 15    Filed 05/21/02    Page 3 of 4

6. Based upon the litigation report prepared in this case addressing the various matters, respondents submit that their response will consist of forty-five pages in length. Nevertheless, counsel will attempt in good faith to file a brief less than forty-five pages.

7. Petitioner will not be prejudiced in granting this motion; indeed, granting this motion should assist both petitioner and this Court in understanding all of respondents' defenses.

Wherefore, respondents request this Court to grant their request for leave to file the response to the show cause Order in excess of the fifteen-page/5,000 word limit.

Respectfully submitted,

THOMAS A. MARINO
United States Attorney

KATE L. MERSHIMER
Assistant U.S. Attorney
MICHELE E. LINCALIS
Paralegal Specialist
217 Federal Building
228 Walnut Street
Harrisburg, PA 17108
717/221-4482

Date: May 21, 2002

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FURNARI,          :
    Petitioner             :
                           :
    v.                     :    Civil No. 4:CV-02-0555
                           :    (Muir, J.)
UNITED STATES PAROLE COMMISSION :
and WARDEN, Federal Correctional :
Institution - Allenwood, PA., :
    Respondents            :

### CERTIFICATE OF SERVICE BY MAIL

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion as to be competent to serve papers.

That on May 21, 2002, she served a copy of the attached

**RESPONDENT'S BRIEF IN SUPPORT OF
THEIR MOTION FOR LEAVE TO FILE
A BRIEF IN EXCESS OF FIFTEEN PAGES/5,000 WORDS**

by placing said copy in a postpaid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at Harrisburg, Pennsylvania.

Addressee:

Peter Goldberger
James H. Feldman, Jr.
50 Rittenhouse Place
Ardmore, PA 19003-2276

MICHELE E. LINCALIS
Paralegal Specialist