UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

CHRISTOPHER FURNARI,
      Petitioner,           :      CIVIL ACTION
                            :      NO. 4:02-CV-555
  v.
                            :      (Judge Muir)
UNITED STATES PAROLE COMMISSION
and WARDEN, Federal Correctional
Institution - Allenwood, Pa.,
      Respondents.        :

FILED
WILLIAMSPORT, PA
JUN 1 8 2002
MARY E. D'ANDREA, CLERK
Per_____
       DEPUTY CLERK

O R D E R

June 18, 2002

    AND NOW, upon consideration of the petitioner's unopposed motion for a 15-day extension of time to file a reply brief, IT IS HEREBY ORDERED THAT the motion is granted. The petitioner may file his reply on or before July 2, 2002.

                                              _____
                                              MUIR, U.S. District Judge

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

June 18, 2002

Re: 4:02-cv-00555    Furnari v. USPC

True and correct copies of the attached were mailed by the clerk
to the following:

   Peter Goldberger, Esq.
   50 Rittenhouse Place
   Ardmore, PA  19003        Fax No.: 16106498362

   Kate L. Mershimer, Esq.
   U.S. Attorneys Office
   Room 217, Federal Bldg.
   228 Walnut St.
   Harrisburg, PA  17108

   Michael A. Stover, Esq.
   U.S. Parole Commission
   Office of General Counsel
   One North Park Bldg.
   5550 Friendship  Blvd.
   Chevy Chase, MD  20815

   Sharon Gervasoni, Esq.
   U.S. Parole Commission
   5550 Friendship Boulevard
   Chevy Chase, MD  20815

cc:
Judge                       ( )            (✓) Pro Se Law Clerk
Magistrate Judge            ( )            ( ) INS
U.S. Marshal                ( )            ( ) Jury Clerk
Probation                   ( )
U.S. Attorney               ( )
Atty. for Deft.             ( )
Defendant                   ( )
Warden                      ( )
Bureau of Prisons           ( )
Ct Reporter                 (✓)
Ctroom Deputy               ( )
Orig-Security               ( )
Federal Public Defender     ( )

```
Summons Issued           ( )  with N/C attached to complt. and served by:
                               U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5      ( )
Order to Show Cause      ( )  with Petition attached & mailed certified mail
                               to:  US Atty Gen    ( )   PA Atty Gen ( )
                                    DA of County   ( )   Respondents ( )

Bankruptcy Court         ( )
Other_____press____     (✓)
                                              MARY E. D'ANDREA, Clerk

DATE:    6/18/02                       BY:  _____
                                              Deputy Clerk
```